**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

RANDY F. ANDERSON,          :   No. 72 WM 2023
                                  :

            Petitioner       :
                                  :
                                  :
            v.                   :
                                  :
                                  :

COURT OF COMMON PLEAS OF    :
FOREST COUNTY, DEPARTMENT    :
OF CORRECTIONS & KIM SMITH,    :
                                  :
            Respondents     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of February, 2024, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.